TEXAS COURT OF CRIMINAL APPEALS          OCTOBER 28, 2015

HONORABLE CLERK and JUDGES
P. O. BOX 12308, CAPITOL STATION
AUSTIN, TEXAS 78711

Willard K. Webb, Appellant
TDCJ-ID No. 1713120
A. D. Hughes Unit, 3C32T
Route 2, Box 4400
Gatesville, Texas 76597

RE: Willard K. Webb VS. THE STATE OF TEXAS
Original Conviction in the 179th Judicial District Court out of
Harris County, Texas — CAUSE NO. 1278106;
Appealed From the First District, Court of Appeals —
NO. 01-11-00403CR; And
Petition For Discretionary Review had in this HONORABLE
COURT of CRIMINAL APPEALS No._____

RECEIVED IN
COURT OF CRIMINAL APPEALS

2015

Abel Acosta, Clerk

Dear Sir and/or Mam:

I am the same appellant and current applicant in all causes
before this Honorable Court. I have been found indigent before
Honorable Judge Randy Roll of the 179TH District Court from
which my conviction occured. He found myself indigent before,
during and after trial, and for purpose of appeal. My indigency
status has not change since incarceration in the T.D.C.J-I.D.

I waive all legal impediments to any court with jurisdiction
to verify my attested and sworn statement, that I am indigent,
where said courts may contact T.D.C.J-I.D. and their Inmate Trust
Fund Department will verify said fact.

This letter is a request for a copy of the Texas Court of
Criminal Appeals OPINION and ORDERS from my Direct Appeal
by way of the Appellant's DISCRETIONARY REVIEW that was
Filed and decided after 06-01-12. Would you please send
and provide me a copy where I have no copy of said OPINION.

Sincerely

Willard K. Webb, #1713120

CC: WKB